IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SUCHARITA GANGULA, | § | |
| J.D.N.R. KATHA, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | No. 1:26-CV-01776-DAE |
| v. | § | |
| | § | |
| MULLIN, et al., | § | |
| | § | |
| *Defendants.* | § | |

ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed on September 18, 2026. (Dkt. # 5.) The filing informs the Court that the Plaintiff seeks to dismiss this action pursuant to Rule 41(a)(1)(A)(i). (Id.) Pursuant to the filings, the Court hereby **ORDERS** that the case be **DISMISSED WITHOUT PREJUDICE**, with each party to bear their own costs and fees. The Clerk's Office is thereafter **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED.**

**DATED**: Austin, Texas, September 21, 2026.

David Alan Ezra
Senior United States District Judge